JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE LEWIS,<br><br>            Plaintiff,<br><br>      v.<br><br>R. WATERS,<br><br>            Defendant. | Case No. 2:23-cv-02267-MRA-JC<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: March 29, 2024

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE